

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00516-CV

**IN RE** Marco A. **CANTU** & Ayssa Cantu Hayes

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: July 1, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; MOTION FOR TEMPORARY RELIEF DISMISSED AS MOOT

On July 29, 2026, relator filed a petition for writ of mandamus and an emergency motion for temporary relief. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relator has not shown that he is entitled to the relief sought. Accordingly, the petition for writ of

---

[1]This proceeding arises out of Cause No. 2005-CVQ-000954-D3, styled *Julian Gonzalez et al. v. Entex Gas Marketing Company et al.,*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Jack W. Marr presiding.

mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The motion for temporary relief is dismissed as moot.

PER CURIAM